**Imogene Edla WHETSTONE, Plaintiff-Appellant,**

v.

**MICHIGAN CONSOLIDATED GAS COMPANY, Defendant-Appellee.**

**No. 14366.**

United States Court of Appeals
Sixth Circuit.

April 25, 1961.

Before SIMONS, Senior Circuit Judge, and McALLISTER and WEICK, Circuit Judges.

ORDER.

Upon consideration of the briefs and arguments of counsel, it is the opinion of this Court that no abuse of discretion upon the part of the District Court in denying relief under Rule 27 of the Federal Rules of Civil Procedure, 28 U.S.C. A., has been established.

The judgment of the District Court is, therefore, affirmed.

■

**Petros PRASSINOS, Plaintiff-Appellant,**

v.

**DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE, Defendant-Appellee.**

**No. 14292.**

United States Court of Appeals
Sixth Circuit.

March 21, 1961.

Phillip Bartell, Cleveland, Ohio, for appellant.

Burt W. Griffin, Asst. U. S. Atty., Cleveland, Ohio, Russell E. Ake, U. S. Atty., George W. Morrison, Asst. U. S. Atty., Burt W. Griffin, Asst. U. S. Atty., Cleveland, Ohio, on brief, for appellee.

ORDER.

Before McALLISTER, Chief Judge, WEICK, Circuit Judge, and BOYD, District Judge.

The above cause coming on to be heard upon the record, the briefs of the parties, and the arguments of counsel in open court, and the court being duly advised:

Now, therefore, it is ordered, adjudged and decreed that the judgment of the District Court be and is hereby affirmed for the reasons stated in the opinion of Judge Connell, 193 F.Supp. 416.